36122. SHEFFIELD et al. v. HOLZENDORF et al.

This case is affirmed without opinion under Rule 59. *All the Justices concur.*

SUBMITTED APRIL 4, 1980 — DECIDED APRIL 29, 1980 — REHEARING DENIED MAY 20, 1980.

*Harrison, Altman & Eddings, Robert W. Harrison, Jr.,* for appellants.

*Benjamin R. Martin, Jr., Hutto, Palmatary & Magda, Jack S. Hutto, B. Michael Magda,* for appellees.